IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| In Re: | ) | Case No. 12-40933 |
|---|---|---|
|  | ) | Chapter 13 |
| **Karl and Sherise Peters** | ) |  |
|  | ) |  |
|  | ) | **Notice of Filing** |
| **Debtor** | ) | **Motion to Dismiss** |
|  | ) |  |

### NOTICE OF FILING

**PLEASE TAKE NOTICE**, that a Motion to Dismiss has been filed with the United States Bankruptcy Court for the Eastern District of Missouri on January 24, 2013.

/s/ MaryAnn G. Kier
MaryAnn G. Kier, #59899MO
PK Law, PC
8917 Gravois Rd.
St. Louis, MO 63123
(314) 827-4027
(314) 222-0619 FAX
mgk@pklawonline.com

### Certificate of Service

The undersigned certifies that a copy of Debtor's Motion to Dismiss was served through the court's ECF system or by mail on January 24, 2013, to all parties on the attached list.

/s/ MaryAnn G. Kier
MaryAnn G. Kier

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| **In Re:** | ) | **Case No. 12-40933** |
| | ) | **Chapter 13** |
| **Karl and Sherise Peters** | ) | |
| | ) | |
| | ) | **Notice of Filing** |
| **Debtor** | ) | **Motion to Dismiss** |
| | ) | |

## MOTION TO DISMISS CASE

    **COMES NOW** the Debtors and prays this court enter an order dismissing their case.

/s/ MaryAnn G. Kier
MaryAnn G. Kier, #59899MO
PK Law, PC
8917 Gravois Rd.
St. Louis, MO 63123
(314) 827-4027
(314) 222-0619 FAX
mgk@pklawonline.com